# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

140423 (37)


NATHAN KLOOSTER,
        Petitioner-Appellee,

v

CITY OF CHARLEVOIX,
        Respondent-Appellant.

_____

SC: 140423
COA: 286013
MTT: 00-323883


      On order of the Chief Justice, the motion by the Taxation Section of the State Bar of Michigan for leave to file a brief *amicus curiae* in this case is considered and it is GRANTED.




I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2010

Clerk